*Lollytogs, Ltd.* v. *United States* (55 Cust. Ct. 608, Reap. Dec. 11073), the court found and held that export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the merchandise (children's clothing) and that said value is represented by the invoice unit f.o.b. values, net packed, exclusive of any additional charges or commissions.

BEFORE CHIEF JUDGE RAO, MAY 23, 1967

**No. R67/76.**—Lollytogs, Ltd. *v.* United States, reappraisements R60/20457 and R60/20459 (New York).

In accordance with stipulation of counsel that the merchandise and issues involved herein are the same in all material respects as those in *Lollytogs, Ltd.* v. *United States* (55 Cust. Ct. 608, Reap. Dec. 11073), the court found and held that export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, T.D. 54165, is the proper basis for the determination of the value of the merchandise (children's clothing) and that such values are the invoice unit f.o.b. values, net packed, exclusive of any additional charges or commissions.

BEFORE JUDGE BECKWORTH, MAY 31, 1967

**No. R67/77.**—Dana Parfumes Corp. et al. *v.* United States, reappraisements R60/3472, etc. (New York).
**No. R67/78.**—Dana Parfumes Corp. *v.* United States, reappraisements R60/14209, etc. (New York).

In accordance with stipulation of counsel that the merchandise and issues are the same in all material respects as those in *Gehrig Hoban & Co., Inc.* v. *United States* (57 Cust. Ct. 727, A.R.D. 210), the court found and held that cost of production, as that value is defined in section 402a(f) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the respective values of the "Canoe" perfume involved herein and that such values are the respective values listed in schedule "B," said schedule "B" being attached to and made a part of the decisions.